# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4476

_____

MICHAEL PORTER,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 24, 2018

PER CURIAM.

The Emergency Writ of Prohibition, filed October 22, 2018, is denied on the merits.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Ruppert, Gainesville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.